IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-00610-ZLW-KMT

ZACHARY PAYNE,

    Plaintiff,

       v.

SCOTT LOWERY LAW OFFICE, P.C.,

    Defendant.

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, ZACHARY PAYNE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter. Plaintiff also specifically requests the court vacate the upcoming Scheduling Conference set for June 16, 2010 before Magistrate Judge Kathleen M. Tafoya.

RESPECTFULLY SUBMITTED,

DATED:  June 11, 2010          KROHN & MOSS, LTD.

By: /s/ Nicholas J. Bontrager
    Nicholas J. Bontrager, Esq.
    Krohn & Moss, Ltd.
    10474 Wilshire Blvd., Ste. 401
    Los Angeles, CA 90025
    Ph: (323) 988-2400;
    Fx: (866) 802-0021
    nbontrager@consumerlawcenter.com
    Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on June 11, 2010, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Nicholas J. Bontrager
    Nicholas J. Bontrager, Esq.